IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIN REIMER,<br>　　　　Plaintiff(s),<br>vs.<br>WARDEN BARNES, et al.,<br>　　　　Defendant(s). | No. C 09-3199 CRB (PR)<br><br>ORDER OF TRANSFER<br><br>(Doc # 5) |

Plaintiff, a prisoner at the California Correctional Center in Susanville, has filed a pro se complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Lassen, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:  August 31, 2009

　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.09\Reimer, V1.transfer.wpd